THE WESTERN NEWS COMPANY V. GEO. O. WILMARTH.

*Motion for Rehearing.*

THE plaintiff in error filed a motion for a rehearing in *Western News Co. v. Wilmarth,* (reported in 33 Kas. 510, *et seq.,* wherein the facts are stated.) The opinion herein was filed at the October, 1885, session of the court.

*Patrick Bros.,* for plaintiff in error.

*Per Curiam:* Upon the rehearing, the authority of *Mc-Laughlin v. Davis,* 14 Kas. 168, is challenged by plaintiff in error, and we are asked to reëxamine and overrule that decision. Unless that decision be overruled, the rehearing in this case must be denied. No attack was made upon *McLaughlin v. Davis,* supra, when this case was originally submitted to us, and we shall not now reëxamine the question therein decided. "Where a case has once been submitted and decided, this court will not, as a rule, upon a motion for a rehearing, consider any question not presented upon the original hearing." (*Headley v. Challiss,* 15 Kas. 602.)